FILED 23 SEP '11 15:04 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JULIE ANN QUEZADA,<br>Plaintiff | 6:10-cv-00640-AA |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $4,157.46 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent

upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees,

pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and

mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland,

OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt

shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this _21_ day of September, 2011.

_Ann Aiken_
Ann L. Aiken
United States District Court Judge

## Declaration of JULIE ANN QUEZADA

I, Julie Ann Quezada, agree that any Equal Access to Justice Act fees awarded in my federal Social Security disability case should be paid directly to my attorneys, Schneider Law Offices, as payment of their fee for representing me before the U.S. District Court in this matter (CV # 08-1275-BR).  I understand that there is a chance the amount of the EAJA fees will be taxable to me.

_____
Julie Ann Quezada

06|14|2010
Date

RECEIVED

JUN 1 7 2010

SCHNEIDER
LAW OFFICES